

# NUMBER 13-26-00424-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JOSEPH KNOCK,                                            **Appellant,**

**v.**

LACEY WILLIAMS,                                         **Appellee.**

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 5
## OF WILLIAMSON COUNTY, TEXAS

# MEMORANDUM OPINION

### Before Justices Peña, West, and Fonseca
### Memorandum Opinion by Justice Fonseca

This matter is before the Court on appellant's motion to dismiss for mootness.[1] Appellant is asking for the case to be dismissed because it is moot and he no longer wishes to pursue the appeal.

Upon review of appellant's motion, the Court is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the motion is granted, and the appeal

---

[1] This case is before the Court on transfer from the Third Court of Appeals pursuant to a docket-equalization order issued by the Supreme Court of Texas. *See* Tex Gov't Code §§ 22.220(a), 73.001.

is hereby dismissed. The costs are taxed against the appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the appellant's request and because the motion to dismiss was unopposed, no motion for rehearing will be entertained.

YSMAEL D. FONSECA
Justice

Delivered and filed on the
6th day of August, 2026.